No. 148. ALBRECHT ET AL. *v.* UNITED STATES;
No. 149. LINNENBRINGER *v.* UNITED STATES;
No. 150. PITMAN ET AL. *v.* UNITED STATES;

No. 151. OLIVER, EXECUTOR, ET AL. *v.* UNITED STATES; and
No. 155. Q. W. S. S. REALTY & INVESTMENT CO. *v.* UNITED STATES. October 14, 1946. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *George Eigel* and *William L. Igoe* for petitioners in No. 148. *Roscoe Anderson* for petitioner in No. 149. *William H. Allen* for petitioners in No. 150. *William L. Igoe* for petitioners in No. 151. *Samuel M. Watson* for petitioner in No. 155. *Solicitor General Mc-Grath, Roger P. Marquis* and *Wilma C. Martin* for the United States. Reported below: 155 F. 2d 73, 77.